# Exhibit 1



**SHERIFF OF COOK COUNTY**
**COURT SERVICES DEPARTMENT**
**USE OF FORCE REPORT**

DATE 28, MAY 2008
TIME 1830

REPORTING OFFICER'S NAME ARTHUR WRIGHT  STAR # 4924

TYPE OF FORCE USED (CHECK)

PHYSICAL FORCE _X_ BATON ___ OC SPRAY ___ OTHER (EXPLAIN) ___

TYPE OF INCIDENT FIGHT IN COURTROOM/OUTSIDE COURTROOM

LOCATION OF INCIDENT COURTROOM 307

OFFICER/WITNESS PRESENT D/D PRZYBYLA 4801 AND D/S TUCKER 4574

PERSON(S) FORCE WAS USED AGAINST

NAME MARSHA CLAY  CHARGE(S) ___

NAME ___ CHARGE(S) ___

SUBJECT CLASSIFICATION: ___ PASSIVE RESISTER ___ ACTIVE RESISTER _X_ ASSAILANT

DESCRIBE WHY THE USE OF FORCE WAS NECESSARY FEMALE MARSHA CLAY WAS HANDCUFFED ON THE FLOOR AS R/O APPROACHED. MARSHA CLAY REFUSED ALL VERBAL COMMANDS, AND INDICATED SHE WASN'T GOING TO MOVE. R/O USED FORCE NECESSARY TO CARRY MARSHA CLAY TO 5TH FLOOR ARREST ROOM.

IF OC SPRAY WAS USED, LIST ACTION TAKEN BY OFFICER TO MITIGATE THE EFFECTS OF THE SPRAY

WHEN N/A  WHERE N/A

WAS FIRST AID REQUIRED? NO ___ YES _X_ BY WHOM C.F.D.

WAS MEDICAL ATTENTION REQUIRED? NO ___ YES _X_ BY WHOM C.F.D.

REPORTING OFFICER'S SIGNATURE Arthur Wright  DATE 28, MAY 2008

WATCH COMMANDER/SUPERVISOR'S SIGNATURE Sgt Morton #246

(CSD/GA/02-1)

CCSAO 00347

# Exhibit 2

# SHERIFF OF COOK COUNTY
## COURT SERVICES DEPARTMENT
## OFFENSE/INCIDENT
## SUPPLEMENTAL REPORT

**Original CR Number:** 08-512984

**Original Offense/Incident Classification:** Miscellaneous Incident
**Original UCR Code:** 7280
**Original PAC Code:** 9001

**Reclassified as (if applicable):** Aggravated Battery to P/O
**Original Reporting Officer:** D/S William Woods
**Star No:** 3471

### SUPPLEMENTAL REPORT INFORMATION

**Officer Completing Supplemental Report:** Sgt James Dillon
**Star No:** 1068
**Date Supplemental Completed:** 9 June 08
**Time Supplemental Completed:** 1500 hrs
**PAC Code:** 2001J
**Beat of Occurrence:** 999

- [ ] Narrative (Continued from original)
- [ ] Court Appearance (Officer Notification)
- [ ] Court Appearance (Officer Report)
- [x] Witness Statement
- [x] Victim Statement
- [ ] Other:

## THIS IS A CRIMINAL INTELLIGENCE UNIT INVESTIGATION

**DATE AND TIME ASSIGNED:** 28 May 2008 1700 hrs

**VICTIM:**
D/S William Woods # 3471 M/B DOB 31 Jul 71
2650 S. California Chgo, Il 60608 869-3275
Days off: S/S , Duty hrs 0800-1600 assignment CCB
D/S Todd Ramos # 2058 M/W DOB 19 Dec 71
2650 S. California Chgo, Il 60608 869-3275
Days off: S/S , Duty hrs 0800-1600 assignment CCB
D/S Michael Quinlan # 5200 CCB M/W DOB 5 Sept 82
2650 S. California Chgo, Il 60608 869-3275
Days off: S/S , Duty hrs 0800-1600 assignment CCB

**IN CUSTODY:**
BROWN, Antwand M/B DOB 4/4/78 IR# 1233039
126 Marshal St Jefferson City, MO 65101
CLAY, Marsha F/B DOB 01/02/56 IR# 365304
922 N Parkside Chgo, IL 60622

**ARRESTED BY:**
Sgt James Dillon # 1068 C.I.U 773-869-4786
Inv Richard Lesiak # 5000 C.I.U 773-869-4786

**DATE TIME LOCATION OF ARREST:**
BROWN, Antwand, 29 May 08 1800 hrs CCSPD Maywood
CLAY, Marsha, 30 May 08 1230 hrs Cook County Hospital

**CHARGES:**
BROWN, Antwand – 720 ILCS 5/12-4(b)(17) Agg Battery
CLAY, Marsha - 720 ILCS 5/12-4(b)(17) Agg Battery

**COURT BRANCH AND DATES:** 30 May 08 CBC Bond court

[x] Continued

**Reporting Officer's Name (print):** Sgt James Dillon
**Reporting Officer's Signature:** Sgt JWM
**Star No:** 1068
**Date:** 9 June 08

**Supervisor's Name (print):**
**Supervisor's Signature:**
**Star No:**
**Date:**

(CSD/GA/04-5)
CCSAO 00123

Original CR Number:
**08-512984**

| | |
|---|---|
| **INJURIES:** | D/S Todd Ramos- sprained back, trouble breathing<br>D/S Michael Quinlan- contusion to neck area, bruising to Trachea, shortness of breath.<br>D/S James Distasio – left thumb sprain. |
| **TAKEN TO:** | Mount Sinai Hospital<br>1500 S California Chicago, IL 60608<br>773-542-1500<br><br>Treated by Dr. Julia Frye, Dr. Amarjit Singh and Dr. Taulina Kuchinic |
| **LOCATION:** | 2650 S California Criminal Court Building<br>Chicago, Il 60608 Court room 307 |
| **MANNER:** | The offenders refused to listen to Deputies in courtroom 307 and struck the deputies several times. |
| **NOTIFICATIONS:** | States Attorney's Office, Felony Review Unit<br>ASA Maureen Renno 28 May 08 2010 Hrs, case CI<br>ASA Joe Lattanzio approved charges 29 May 08 1430hrs |
| **PERSONNEL ASSIGNED:** | Sgt J. Dillon # 1068/Inv R.Lesiak# 5000/ Det. Plybon #253 |
| **WITNESSES:** | ASA Law clerk Andrew Muller 2650 S California Chgo, Il 773-230-0376<br>ASA Law clerk Christina Morrison 2650 S California Chgo 847-370-3834<br>D/S Jeremy Tucker 2650 S California Chgo, Il 773-869-3275<br>D/S Lynette Flowers 2650 S California Chgo, Il 773-869-3275<br>D/Sgt Monica Morton 2650 S California Chgo, IL 773-869-3275<br>D/S Tawanda Wilson 2650 S California Chgo, Il 773-869-3275<br>ASA Vicki Kennedy 2650 S California Chgo, Il 12C32 773-869-3371<br>Circuit Court Judge Nicholas Ford 773-869-3275 |

**INVESTIGATION:** ****THIS REPORT SHOULD BE READ IN CONJUCTION WITH AND AS A PART OF REPORTS COMPLETED BY INVESTIGATOR LESIAK AND DET. PLYBON*****

      On 28 May 08 at approx 1630 hrs R/Sgt was notified by Chief Of Courts Kelly Jackson to report to the Criminal Courts Building for a fight which occurred in courtroom 307, there were 6 offenders in custody and three Deputies in local hospitals. 1st Assistant Deputy Chief K. Connelly was notified of the situation, Detective C. Plybon # 253 CCSPD and myself reported to 2650 S California Chicago, Il
To investigate the Aggravated Battery that occurred in courtroom 307 at approx 1700 hrs. Inv Lesiak reported to Mt Sinai Hospital for interviews.

  On 28 May 08 at approx 1700 hrs R/Sgt. interviewed ASA Vicki Kennedy who advised me of the following information in summary and not verbatim. ASA Kennedy was assigned to courtroom 307 on above date and that after a finding of not guilty in a bench trial she noticed the victims family members in the courtroom gallery yelling and screaming at Deputies assigned to the courtroom, she also stated that she saw the cousin of the victim now identified as

BROWN, Antwand, resisting Deputy Woods as Deputy Woods instructed him to get on the ground. She stated she saw BROWN and Deputy Woods and another M/W Deputy in the courtroom and BROWN hitting both Deputies in the face and chest area. CONTINUED ------------------→

Original CR Number:
08-512984

On 28 May 08 at approx 1810 hrs R/Sgt. interviewed Circuit Court Judge Nicholas Ford via phone who advised me of the following information in summary and not verbatim. Judge Ford stated that after his finding of not guilty he went back into his chambers and heard people yelling in the courtroom. When he came back into the courtroom, he saw a M/B subject wearing a blue tee shirt now known as BROWN, Antwand fighting with Deputy Woods and Deputy Ramos, resisting them and not listening to their commands. Judge Ford stated he saw D/S Woods and Ramos along with BROWN enter the courtroom; BROWN was actively resisting the deputies and hitting them. Judge Ford saw BROWN hit both Deputies several times.

On 28 May 08 at approx 1840 hrs R/Sgt. interviewed D/S Tawanda Wilson # 3755 who advised me of the following information in summary and not verbatim. D/S Wilson stated that she responded to courtroom 307 because of a security call, she arrived in the rear of the courtroom, entered and sat in the jury box of the courtroom. At this time there was a finding of not guilty in a murder bench trial and one M/B subject with a blue tee shirt now known as BROWN, Antwand and one M/B subject with a black hooded sweatshirt and cornrows now known as BROWN, Lionel jumped up and stated "Fuck this shit" at which time she stated she escorted the defendant SAMUELS back to the lock up in the rear of the courtroom. When she came back into the courtroom she was with Sgt Morton and the people were in the gallery and still screaming and yelling at the Deputies. She said she saw BROWN, Antwand hit D/S Woods in the chest to get him out of the way; she saw D/S Woods grab BROWN, Antwand by the arm. At this time BROWN, Antwand struck D/S Woods in the face. D/S Woods attempted to handcuff BROWN, Antwand who was still resisting and striking D/S Woods. D/S Ramos attempted to assist D/S Woods. D/S Ramos was struck in the face by BROWN, Antwand. As both D/S Woods and Ramos were attempting to handcuff BROWN, Antwand, they then fell into the courtroom. She stated that during this time D/S Quinlan was still in the gallery of courtroom 307 when she saw a F/B now known as CLAY, Marsha and another F/B with D/S Quinlan. At this time, she saw CLAY, Marsha strike D/S Quinlan in the neck and head area several times.

On 28 May 08 at approx 2030 hrs R/Sgt. interviewed JACKSON, Laburron M/B DOB 15 Sept 84 who advised me of the following information in summary and not verbatim after being advised of his Miranda rights from a pre-printed form. He stated that there was a verbal argument between BROWN, Antwand and a M/B Deputy, and that the M/B Deputy and a M/B Sgt informed them that the victim's family had to wait in the courtroom until the defendant's family left the building. He said that his family members were standing up and that BROWN, Lionel stated, "He was ready to go." He stated that CLAY, Marsha hit her son BROWN, Antwand in the face and told him to "shut up." At this time BROWN, Antwand attempted to leave the courtroom and the M/B Deputy told him to sit down, but Antwand still went toward the door. The M/B Deputy attempted to handcuff him and Antwand did resist him. He said Antwand said, "Why you are cuffing me?" At this time, a M/W Deputy assisted the M/B Deputy in handcuffing Antwand and they all struggled into the courtroom where Antwand was still resisting. He said he saw the Judge come into the courtroom towards the Deputies. He said he heard the Judge say, "Stop your foolishness or I will put you away for a long time." At this time, he said he saw a lot of police enter the courtroom and he was told to put his hands on the wall. JACKSON stated he did not see any Deputy hit anyone and did not see Antwand hit anyone, just resist. On 29 May 08 at 0030 hrs Det. Plybon charged JACKSON, Laburron with one count of Resisting a Peace Officer and assigned an 11 June 08 court date in Branch 43. JACKSON, Laburron was given an I Bond and was released with his property.

On 28 May 08 at approx 1900 hrs R/Sgt. interviewed SCALES, Danielle F/B DOB 24 OCT 87 who stated the following information in summary and not verbatim after being advised of her Miranda rights from a pre-printed form. She stated that she was the fiancée of the victim in the murder case and that after the finding in the case that BROWN, Antwand and an M/B Deputy were arguing. She stated that the M/B Deputy told everyone to sit down and they could not leave. She stated that Antwand was sitting next to her and they were just talking. She stated that Antwand got up and the M/B Deputy dragged him into the courtroom. She stated she did not see anyone get hit. She stated she hurt her right upper leg. Per Lt Lyons #76 Scales was released without charging after she was going to the hospital for chest pains.

CONTINUED----------------→

Case: 1:10-cv-02953 Document #: 51-2 Filed: 10/21/11 Page 8 of 12 PageID #:195

| | Original CR Number: |
|---|---|
| | 08-512984 |

    On 29 May 08 at approx 0200 hrs R/Sgt along with ASA Maureen Renno went to Cook County Hospital to interview CLAY, Marsha who was in the hospital for a fracture to her right tibula and was scheduled for surgery later that day. ASA Renno interviewed her in room 1065 in R/Sgt.'s presence. ASA Renno documented this conversation.

    On 29 May 08 R/Sgt. contacted the State's Attorney's Office Felony Review Unit and advised them that this case was continued from the previous day, after which R/Sgt. was advised that an ASA would contact me. R/Sgt. was contacted by ASA Joe Lattanzio and met with him at the Criminal Courthouse at 1045hrs. After ASA Lattanzio spoke with witnesses and after reviewing the case ASA Lattanzio approved felony charges of Aggravated Battery to a Police Officer of two counts for BROWN and one count for CLAY.

    On 30 May 08 R/Sgt along with Inv Lesiak reported to Cook County Hospital to finger print CLAY, Marsha who was out of surgery, and was issued a hospital mitt by the bond court judge.

THIS CASE IS CLEARED BY ARREST AND CLOSED

# Exhibit 3

# SHERIFF OF COOK COUNTY
## COURT SERVICES DEPARTMENT
### OFFENSE/INCIDENT
### SUPPLEMENTAL REPORT

**Original CR Number:** 2008-512984

**Original Offense/Incident Classification:** Other Miscellaneous Incident
**Original UCR Code:** 7280
**Original PAC Code:** 9001

**Reclassified as (if applicable):** Aggravated Battery
**Original Reporting Officer:** D/S Woods
**Star No:** 3471

### SUPPLEMENTAL REPORT INFORMATION

**Officer Completing Supplemental Report:** Det. C. Plybon #253 - Cook County Sheriff's Police
**Star No:** 253

**Date Supplemental Completed:** 5 June 08
**Time Supplemental Completed:** 1000 hours
**PAC Code:** 2002J
**Beat of Occurrence:** 999

- [ ] Narrative (Continued from original)
- [ ] Court Appearance (Officer Notification)
- [ ] Court Appearance (Officer Report)
- [x] Witness Statement
- [x] Victim Statement
- [ ] Other:

## THIS IS A CRIMINAL INTELLEGENCE UNIT PROGRESS REPORT

On 28 May 08 at 1620 hours R/Det and Sgt Dillon #171 responded to the Criminal Courts Building, 2650 S. California Ave, Chgo, Il 60608 to investigate an Aggravated Battery that took place in courtroom #307. R/Det conducted the following interviews in summary and not verbatim.

On 28 May 08 at 1645 hours R/Det interviewed Cook County State's Attorney Law Clerk ANDREW MUELLER, 2650 S. California Ave, Chgo, Il 60608, TX. 773-230-0376, who related he was present in courtroom #307, on 28 May 08, when the following incident took place. Judge Ford rendered a not guilty verdict on a defendant that on trial. The court went in to recess and Mueller began hearing a loud commotion coming from a group of individuals in the gallery area. Mueller then observed several deputies attempting to prevent an unknown male, black (now known as Brown, Antwand) from leaving the courtroom. Moments later Brown and deputies were physically fighting. Mueller related the deputies were trying to restrain the subject when the deputies and the subject entered the courtroom. Two deputies were able to grab Brown at which time they fell over a table in the courtroom. The two deputies were then able to handcuff and restrain Brown without further incident.

On 28 May 08 at 1650 hours R/Det interviewed Cook County State's Attorney Law Clerk CHRISTINA MORRISON, 2650 S. California Ave, Chgo, Il 60608, TX. 847-370-3834, who related she was present in courtroom #307, on 28 May 08, when the following incident took place. Judge Ford rendered a not guilty verdict on a defendant that was on trial. The court went in to recess and Morrison began hearing a loud commotion coming from a group of individuals in the gallery area. Morrison observed a male, black subject, (now known as Brown, Antwand) push deputies into the courtroom and fell over a table. The two deputies were able to handcuff Brown without further incident.

On 28 May 08 at 1733 hours R/Det interviewed the offender ANTWAND BROWN, M/B DOB 4-4-78, TX.573-338-4969, who related the following after being read his Miranda Rights. Brown, A. related that he was present in courtroom #307, on 28 May 08, when the judge gave a not guilty ruling regarding a murdered family member. Brown, A. related he stood up and that several deputies were preventing him from leaving the courtroom. Brown, A. related that there were about four or five officers in the room along with a supervisor. Brown, A. again attempted to leave when a male, black deputy (D/S Woods #3471) instructed him to sit down. A few other family members wanted to leave the room and began congregating near the doorway. Brown, A. related that a male, white deputy (D/S Ramos #2058) grabbed his left arm at which time Brown broke free from the grab. Ramos then tried to grab Browns' again at which time he stood on the seats. Woods then grabbed Brown, A. and pulled him into the courtroom. Brown, A. related that the three began to struggle once inside the courtroom and soon fell over a table. Brown, A. was then handcuffed and transported to the lock-up

Continued-------------------→

(CSD/GA/04-5)

ccsao 00140

located behind the courtroom. Brown, A. related he did struggle with deputies and did not listen to orders given by deputies.

On 28 May 08 at 1820 hours R/Det interviewed D/S JEREMY TUCKER #4574, 2650 S. California Ave, Chgo, Il, 60608, 773-869-3275, who related on 28 May 08 at 1600 hours he responded to courtroom #307 for an all-available response he heard on the radio. Upon arrival Tucker observed three female blacks in the courtroom yelling at deputies. Tucker had the three female subjects place their hands on the wall. Tucker related that one of the subjects (Clay, Marsha) was refusing to comply as instructed and became argumentative. Tucker along with D/S Wilson handcuffed the Clay without further incident. Tucker related he then assisted in securing the scene. Tucker injured his right index finger during the incident however no medical treatment was required.

On 28 May 08 at 1830 hours R/Det spoke to D/S LYNETTE FLOWERS # 4434, 2650 S. California Ave, Chgo, Il, 60608, 773-869-3275, who related she was present in courtroom #307, on 28 May 08, when the following incident took place. Flowers related that a group of family members located in the gallery area began yelling at deputies after Judge Ford rendered a non-guilty verdict. The family members were asked to remain seated and quiet. Flowers observed two male, black subjects becoming more agitated and refusing to comply with verbal orders given by deputies. Flowers then observed one male subject (now known as Antwand Brown) fighting with D/S Woods and D/S Ramos in the gallery. Flowers did not observe how the fight started. Moments later Brown, D/S Woods and D/S Ramos entered the courtroom and fell over a table. Brown was then handcuffed. Numerous other family members in the gallery began yelling at the deputies and refusing to comply with instructions. Flowers entered the gallery and escorted two unknown female, black subjects out of the courtroom. Flowers related that she did not observe anyone get struck nor did she sustain any injuries during the incident.

On 28 May 08 at 1837 hours R/Det interviewed the offender LIONEL BROWN, M/B, DOB 1-19-81, TX. 773-706-2680 (cell), who related the following after being read his Miranda Rights. Brown, L. related that he was present in courtroom #307, on 28 May 08, when the judge gave a not guilty ruling regarding a murdered family member. Brown, L related that there were three or four deputies in the gallery area prior to the fight taking place. The defendant's family was escorted out of the courtroom. Brown, L. wanted to leave the room when ordered to remain seated by a male, black deputy (D/S Woods). Brown, L. related his brother Brown, A. stood up and stated, " I want to leave the courtroom" at which time a female deputy Sergeant told them you cannot leave. Brown, L. then observed Brown, A. struggling with two male deputies in the gallery. Numerous deputies began entering the gallery and instructing everyone to calm down and lay on the ground. The deputies began grabbing his family members and placing them in handcuffs. Brown, l. was then transported to the security office without further incident. Brown, L. does not know how the fight started who started the fight. On 29 May 08 at 0030 hours R/Det charged Brown, L. with one count of misdemeanor Resisting a Peace Officer and assigned an 11 June 08-court date in Branch 43, 3150 W. Flournoy, Chgo, Il. Brown, L. was given an Individual Recognizance bond as was released from custody with his property.

On 28 May 08 at 1930 hours R/Det interviewed Deputy Sergeant MONICA MORTON #246, 2650 S. California Ave, Chgo, Il, 60608, 773-869-3275, who related she was present in courtroom #307, on 28 May 08, when the following incident took place. Morton related a male, black subject (now known as Brown, Antwand) become verbally aggressive with deputies after Judge Ford rendered a not guilty verdict. The Brown, A. stated he wanted to leave the courtroom at which time he was instructed to remain seated and calm down. Brown, A. did not comply and began walking towards the door. Brown, A. then approached D/S Woods and swung his right arm, striking Woods in the chest. Woods then attempted to grab Brown, A. at which time a physical confrontation took place. Woods and D/S Ramos attempted to handcuff Brown, A. unsuccessfully. Brown, A. continued to resist when all three entered the courtroom and fell over a table. Brown, A. was then handcuffed and transported to the lock-up behind the courtroom. Morton did not observe any additional deputies get injured or struck in the fight. Morton further related that numerous family members became very unruly and were yelling at the deputies. Numerous family members were handcuffed and transported to the security office for further investigation. Peace was finally restored in the courtroom and Morton related three deputies (Quinlan, Ramos and Astacio) had to be transported to Mt. Sinai Hospital for medical treatment.

On 28 May 08 at 1940 hours R/Det interviewed D/S William Woods # 3471, 2650 S. California Ave, Chgo, Il, 60608, 773-869-3275, who related he was present in courtroom #307, on 28 May 08, when the following incident took

Continued---------------->

place. Woods related he was assigned to the security detail and was present when Judge Ford rendered a not guilty verdict. D/S's Quinlan, Rostkowski, Merriweather, Ramos and Sgt Morton were also present. Woods related that the defendant's family was allowed to leave the courtroom first and the victim's family was asked to remain in the courtroom. Woods then observed a male, black (now known as Brown, A.) leave his seat and immediately became verbally aggressive with deputies on scene. Woods related that Brown, A. wanted to leave the courtroom and would not comply with verbal orders to remain seated until instructed to leave. Brown, A. and another male, black subject (now known as Brown, L.) stood up and approached the door. Brown, A. became physically combative and pushed Woods in the chest. Ramos immediately grabbed Brown, A. by the arm at which time he broke free from the hold. Brown, A. then approached Woods and punched him in the chest with a closed right fist. Woods and Ramos grabbed Brown, A. and all three (Brown, Woods and Ramos) entered into the courtroom and fell over a table. The physical struggle to secure Brown, A. continued until he was handcuffed. Brown, A. was then transported to the security office for further investigation. Woods does wish to sign criminal complaints.

**NOTHING FURTHER**

| | | | |
|---|---|---|---|
| Reporting Officer's Name (print): Det. C. Plybon #253 | Reporting Officer's Signature: Det. Ply | Star No: 253 | Date: 5 June 08 |
| Supervisor's Name (print): | Supervisor's Signature: | Star No: | Date: |

☐ Continued

(CSD/GA/04-5)

ccsao 00142