# Exhibit 4



# SHERIFF OF COOK COUNTY
## COURT SERVICES DEPARTMENT
## OFFENSE/INCIDENT
## SUPPLEMENTAL REPORT

| | |
|---|---|
| **Original CR Number:** | **2008-512984** |

| Original Offense/Incident Classification: | Original UCR Code: | |
|---|---|---|
| Other Miscellaneous Incident | 7280 | 9001 |

| Aggravated Battery | D/S Woods | Star No: 3471 |
|---|---|---|

### SUPPLEMENTAL REPORT INFORMATION

| Officer Competing Supplemental Report: | | | Star No: |
|---|---|---|---|
| Inv. R. Lesiak | | | 5000 |
| Date Supplemental Completed: 09Jun08 | Time Supplemental Completed: 1200hrs. | 2002J | 999 |

- ☐ Narrative (Continued from original)
- ☐ Court Appearance (Officer Notification)
- ☐ Court Appearance (Officer Report)
- ☒ Witness Statement
- ☒ Victim Statement
- ☐ Other:

### THIS IS AN CRIMINAL INTELLENGENCE UNIT PROGRESS UNIT REPORT

On 28 May 08 at 1900 hrs. R/I responded to Mt. Sinai Hospital 1500 S. California Chicago, IL... Per Sgt. Dillon R/I interviewed deputies that were injured in a fight that occurred in courtroom 307 of the Criminal Courts Building.

On 28 May 08 at 1900 hrs R/I interviewed D/S Todd Ramos #2065 Emp#464660 who stated in summary and not verbatim that he was assigned to courtroom 307 when a not guilty verdict caused the victims family to become upset. D/S Merryweather and D/S Quinlin escorted the defendant's family out of the building and D/S Ramos and D/S Woods remained with the victim's family inside the courtroom. Upon waiting to hear from D/S Quinlin that he was clear of the building with the defendants family, D/S Ramos states the victims family (now know as the Browns) became unruly. D/S Ramos and D/S Woods repeatedly instructed the victim's family that they could leave in a few minutes once the defendant's family cleared the building. D/S Ramos then states a M/B and older F/B tried leaving the courtroom yelling Fuck You, Fuck Yourself, You ain't telling us what we can do, I'm grown. When another M/B approached D/S Woods swinging and waving his hands saying you ain't telling us shit, telling other family members let's go. When and older F/B white top/ tan pants/thin build was yelling to family "let's go" an older F/B told D/S Ramos don't worry about this I'll take care of this these are my boys. When 2 M/B's in the back row of the gallery, one in a white shirt, one in a green shirt said their just doin there jobs, another M/B jumped up and said " my meters up I'm leaving". D/S Ramos and Woods still instructed the family to remain in the room when the F/B with the white top and tan pants went around D/S Ramos and the M/B that was swinging his hands and yelling pushed and struck D/S Woods with a closed fist while trying to exit the courtroom. D/S Ramos and Woods then grabbed the M/B's arms and a struggle ensued where said deputies and M/B then fell back through glass doors of the courtroom gallery, spitted at D/S Ramos, bounced for the states attorneys table to the public defenders table when Judge Ford came out of his chambers and helped detain M/B on the south side of gallery. D/S Ramos then looks into the courtroom and said it was up for grabs. The he noticed the M/B who said his meter was up charging a white shirt/supervisor. D/S Ramos tackles the M/B goes through the entrance doors of the courtroom and hits the wall in the hallway, flips M/B over and realized M/B is already cuffed and just must have been trying to flee the area. M/B is still on the ground in the hallway fighting and squirming trying to get away still when other D/S's grabbed him and D/S Ramos looked into the courtroom and seen no more fighting but a lot of yelling and screaming. D/S Ramos states the M/B with the white jacket/ corn rolls/ goat tee was the one who spit at him. D/S Ramos was treated at Mt. Sinai Hospital for a back injury by Dr. Singh Amarjit and wishes to sign complaints. Nothing further.

☒ Continued

| Reporting Officer's Name (print): Inv. R. Lesiak | Reporting Officer's Signature: | Star No: 5000 | Date: 09Jun08 |
|---|---|---|---|
| Supervisor's Name (print): Sgt. J. Dillon | Supervisor's Signature: | Star No: 1068 | Date: 09Jun08 |

(CSD/GA/04-5)

Original CR Number:
**2008-512984**

On 28May08 at 2000 hrs. R/I interviewed D/S James Distasio # 2434 Emp # 386490 who stated in summary but not verbatim on 28 May at approximately 1600hrs. he responded to an all available call via his radio to courtroom 307. D/S Distasio stationed himself in front of the glass doors that lead from the gallery into the courtroom. 2 F/B's and 2M/B's were trying to enter the courtroom when D/S Distasio injured his left thumb trying to keep the glass doors shut. He also stated he was hit in the head with a black shoe. D/S Distasio was treated at Mt. Sinai Hospital by Dr. Julia Frye for bruised/muscle tissue damage to left thumb. Distasio wishes to sign complaints, nothing further.

On 28May at 1800hrs. R/I interviewed D/S Mike Quinlin #5200 Emp#773830 who stated in summary but not verbatim he was assigned to the Control Response Unit when he was assigned via radio to courtroom 307 to provide extra security for a verdict on a murder trail. When the defendant was found not guilty, D/S Quinlin, D/S Woods and D/S Ramos stepped in between the families. Merryweather and Quinlin then escorted the defendants family out of the building. Merryweather stopped at the front door, Quinlin continued with the family across California Ave. A call for security came over the radio from courtroom 307 shortly followed by an all available call for security to courtroom 307. Quinlin then sprinted back to courtroom 307 and upon entering stated it was like a riot. Quinlin see's D/S Woods cuffing a B/M on the floor and witnesses numerous family members jumping over the benches in the gallery yelling and screaming. Quinlin then tries to control a B/F trying to enter the gallery and gets struck in the throat by a closed fist or elbow. Quinlin couldn't catch his breath so he stepped inside the courtroom from the gallery to help hold the doors shut so family members couldn't rush the judge. At that time more deputies arrived and used minimal force to control the situation. Quinlin was treated at Mt. Sinai Hospital by Dr. Taulina Kuchinic for a bruised trachea and whishes to sign complaints. Nothing further.

On 29 May at 0100 hrs. R/I interviewed Marlene Brown F/B DOB 11/8/58 of 2902 N. Clyburn Chicago, IL. 60618 Cell #773-301-7110 who stated in summary and not verbatim after she was advised of her Miranda rights from memory stated when the Judge said not guilty her nephews became angry, one said "that bitch will be out in 24hrs." She said don't worry about it god will handle it. She and other family members tried to leave the courtroom and deputies wouldn't let them. Subject now known as Antowne became verbally abusive towards deputies and his mother (now know as Marshal). Marshal slapped Antowne in the face and told him to shut up. Right after this she said deputies grabbed Antowne and started wrestling with him. Subject (now know as Daniel girlfriend of deceased Angelo Brown) was trying to take pictures with her phone said Marlene. The next thing she remembers is being in the hallway and says she never seen Antowne hit anyone. On 29 may 08 at 0030 hrs Det Plybon charged BROWN, Marlene with one count of Resisting a Peace Officer with a 11 June 08 court date at Branch 43 Brown, M was given a I Bond and released from custody with her property. Nothing further.

CASE CLOSED BY ARREST

**END OF REPORT**

# Exhibit 5



**SHERIFF OF COOK COUNTY**
**COURT SERVICES DEPARTMENT**
**USE OF FORCE REPORT**

DATE ___28 May 08___

TIME ___1600 HRS.___

REPORTING OFFICER'S NAME ___D/S TUCKER, JEREMY___ STAR # ___4574___

TYPE OF FORCE USED (CHECK)

PHYSICAL FORCE ✓ BATON ___ OC SPRAY ___ OTHER (EXPLAIN) ___

TYPE OF INCIDENT ___ALTERCATION IN COURTROOM___

LOCATION OF INCIDENT ___COURTROOM #307___

OFFICER/WITNESS PRESENT ___D/S WOODS, W. #3471, D/S PRZYBYLA, J. #4801, SGT. NICKELS, M. #303___

PERSON(S) FORCE WAS USED AGAINST

NAME ___CLAY, MARSHA___ CHARGE(S) ___AGGRAVATED BATTERY___

NAME ___ CHARGE(S) ___

SUBJECT CLASSIFICATION: ___ PASSIVE RESISTER ___ ACTIVE RESISTER ✓ ASSAILANT

DESCRIBE WHY THE USE OF FORCE WAS NECESSARY

R/O RESPONDED TO AN "ALL AVAILABLE" CALL FOR COURTROOM #307. AS R/O ENTERED THE COURTROOM HE OBSERVED D/S WOODS #3471 DETAINING OFFENDER BROWN, ANTWAN. R/O ALSO OBSERVED (3) FEMALE SUBJECTS IN THE GALLERY WHO WERE BEING INSTRUCTED BY SGT. NICKELS #303 TO PUT THERE HANDS ON THE WALL. AT WHICH POINT OFFENDER CLAY, MARSHA BECAME COMBATIVE AND ATTEMPTED TO STRIKE SGT. NICKELS. R/O ENGAGED SUBJECT AND DETAINED SUBJECT UNTIL D/S WILSON, T. #3755 WAS ABLE TO HANDCUFF HER. SUBJECT COMPLAINED OF AN INJURY TO HER LEG AND WAS GIVEN MEDICAL ATTENTION BY CPD PARAMEDICS. SUBJECT WAS TRANSPORTED TO COOK COUNTY HOSPITAL FOR TREATMENT.

IF OC SPRAY WAS USED, LIST ACTION TAKEN BY OFFICER TO MITIGATE THE EFFECTS OF THE SPRAY

WHEN ___DNA___ WHERE ___DNA___

WAS FIRST AID REQUIRED? NO ✓ YES ___ BY WHOM ___DNA___

WAS MEDICAL ATTENTION REQUIRED? NO ___ YES ✓ BY WHOM ___CFD___

REPORTING OFFICER'S SIGNATURE ___[signature]___ DATE ___28 May 08___

WATCH COMMANDER/SUPERVISOR'S SIGNATURE ___Sgt Morton #246___

(CSD/GA/02-1)

CCSAO 00345

# Exhibit 6

Case: 1:10-cv-02953 Document #: 51-3 Filed: 10/21/11 Page 6 of 14 PageID #:205



**SHERIFF OF COOK COUNTY**
**COURT SERVICES DEPARTMENT**
**USE OF FORCE REPORT**

DATE 28may08
TIME 1630

REPORTING OFFICER'S NAME **Tawanda Wilson** STAR # 3755

TYPE OF FORCE USED (CHECK)

PHYSICAL FORCE **X** BATON_____ OC SPRAY____ OTHER (EXPLAIN)_____

TYPE OF INCIDENT **Security Call**

LOCATION OF INCIDENT **CCB Courtroom 307**

OFFICER/WITNESS PRESENT **D/S Quinlan**

PERSON(S) FORCE WAS USED AGAINST

NAME **Marsha Clay** CHARGE(S)_____

NAME_____ CHARGE(S)_____

SUBJECT CLASSIFICATION: ____PASSIVE RESISTER **X** ACTIVE RESISTER **X** ASSAILANT

DESCRIBE WHY THE USE OF FORCE WAS NECESSARY

Offender Marsha Clay Jumped on D/S Quinlan back grabbing his throat. At that R/O attempted to place Clay in custody when she turned and attempted to kick R/O and kicked the bench.

IF OC SPRAY WAS USED, LIST ACTION TAKEN BY OFFICER TO MITIGATE THE EFFECTS OF THE SPRAY

WHEN_____ WHERE_____

WAS FIRST AID REQUIRED? NO____ YES **X** BY WHOM **CFD**

WAS MEDICAL ATTENTION REQUIRED? NO____ YES **X** BY WHOM **CFD**

REPORTING OFFICER'S SIGNATURE _____ DATE 28may08

WATCH COMMANDER/SUPERVISOR'S SIGNATURE **Sgt Morton #346**

(CSD/GA/02-1)

CCSAO 00346

# Exhibit 7

**SHERIFF OF COOK COUNTY**
**COURT SERVICES DEPARTMENT**
**MEMORANDUM**

TO: A/C Charles Bowen
DATE: 28 May 08
FROM: D/S Tawanda Wilson #3755
SUBJECT: Fight in Courtroom 307

On the above date, approx 15:50 hrs. R/O was in the courtroom for additional security. The Judge rendered a not Guilty verdict. The victim family became disruptive. At that time R/O took position at the courtroom door. Sgt. Morton directed the victim family to remain in the courtroom until the defendent family left the area. R/O observed a male black now known as Antoine Brown shove D/S Woods in the chest. D/S Woods attempted to take the offender into custody. The offender resisted arrest by punching D/S Woods in the face. D/S Woods and D/S Ramos apprehended the subject inside the courtroom. Sgt. Morton and R/O secured the courtroom doors, preventing other family members from entering causing further disruption. At this time R/O observed

Approved:
Sgt Morton #346

(CSD/GA/97-1)

CCSAO 00353

D/S Quinlan attempting to place a male black in custody when a female black now known as Marsha Clay jumped on D/S Quinlan's back. R/D assisted and attempted to restrain the offender when she attempted to kick R/D and kicked the bench. The offender was subdued and placed into custody.

End OF REPORT

D/S Tawanda Wilson #3755

R/S _____ #3755

CCSAO 00354

# Exhibit 8

**SHERIFF OF COOK COUNTY**
**COURT SERVICES DEPARTMENT**
**MEMORANDUM**

TO: A/C Charles Bowen  DATE: 28 MAY 08

FROM: D/S Lynette Flowers #4434

SUBJECT: Courtroom Uproar

On 28 May 2008 at 15:50 p.m. in courtroom 307, A verdict of not guilty was read by Judge Nicholas Ford. After the verdict was read, defendants family was escorted out of the to eliminate any commotion. While waiting to get Clearance for the victims family to leave, they started to get very vocale and hostile. Deputy Woods told them that they would be Able to leave in just A few minutes and All they had to do was sit down and be quiet. One Male black (Now known As Anton Brown) Continued to be hostile and Shoved D/S Woods. After that D/S Woods Attempted to place him into Custody and the family became combative and Additional help was Called by D/S Wilson. R/D escorted two nonhostile male family members in the hall where they stayed until Additional help Arrived.

End of Report

Approved:
Sgt. Morton #246

Lynette J Flowers #4434
Lynette J Flowers #4434

(CSD/GA/97-1)

CCSAO 00348

# Exhibit 9



# SHERIFF OF COOK COUNTY
## COURT SERVICES DEPARTMENT
## USE OF FORCE REPORT

DATE __28 May 08__

TIME __1600 HRS.__

REPORTING OFFICER'S NAME __D/S WOODS II, WILLIAM__ STAR # __3471__

TYPE OF FORCE USED (CHECK)

PHYSICAL FORCE _✓_ BATON _____ OC SPRAY ____ OTHER (EXPLAIN) _____

TYPE OF INCIDENT __ALTERCATION IN COURTROOM__

LOCATION OF INCIDENT __COURTROOM #307__

OFFICER/WITNESS PRESENT __D/S RAMOS, TODD #2058__

PERSON(S) FORCE WAS USED AGAINST

NAME __BROWN, ANTWAN__ CHARGE(S) __AGGRAVATED BATTERY__

NAME _____ CHARGE(S) _____

SUBJECT CLASSIFICATION: ____ PASSIVE RESISTER ____ ACTIVE RESISTER _✓_ ASSAILANT

DESCRIBE WHY THE USE OF FORCE WAS NECESSARY

AFTER ASSISTING COURTROOM #307 DURING A MURDER BENCH TRIAL. BROWN, ANTWAN REFUSED TO COMPLY WITH R/D'S DIRECTIVE TO WAIT IN COURTROOM UNTIL DEFENDANT'S FAMILY HAD LEFT BUILDING. SUBJECT REFUSED TO COMPLY. BECAME COMBATIVE AND PUNCHED R/D IN ARM AND CHEST AREA. SUBJECT ATTEMPTED TO ENTER COURTROOM AREA AND WAS TAKEN TO FLOOR BEHIND "DEFENSE" TABLE BY R/D AND D/S RAMOS #2058. SUBJECT CONTINUED TO STRUGGLE FAILING TO COMPLY WITH R/D'S DIRECTIVE TO STOP RESISTING. SUBJECT WAS EVENTUALLY PLACED IN HANDCUFFS AND TAKEN TO HOLDING CELL BEHIND COURTROOM #307. NEITHER R/D OR SUBJECT WAS HURT DURING THIS INCIDENT.

IF OC SPRAY WAS USED, LIST ACTION TAKEN BY OFFICER TO MITIGATE THE EFFECTS OF THE SPRAY

WHEN _____ DNA _____ WHERE _____

WAS FIRST AID REQUIRED? NO _✓_ YES ____ BY WHOM _____

WAS MEDICAL ATTENTION REQUIRED? NO _✓_ YES ____ BY WHOM _____

REPORTING OFFICER'S SIGNATURE ___[signature] #3471___ DATE __28 May 08__

WATCH COMMANDER/SUPERVISOR'S SIGNATURE ___Sgt Morton #246___

(CSD/GA/02-1)

CCSAO 00343