# Exhibit 10



**SHERIFF OF COOK COUNTY**
**COURT SERVICES DEPARTMENT**
**USE OF FORCE REPORT**

DATE __28 May 08__

TIME __1600 HRS.__

REPORTING OFFICER'S NAME __PRZYBYLA, JAMES__ STAR # __4801__

TYPE OF FORCE USED (CHECK)

PHYSICAL FORCE __✓__ BATON____ OC SPRAY____ OTHER (EXPLAIN)____

TYPE OF INCIDENT __ALTERCATION IN COURTROOM__

LOCATION OF INCIDENT __#307__

OFFICER/WITNESS PRESENT __D/S WOODS, W. #3471 AND D/S TUCKER, J. #4574__

PERSON(S) FORCE WAS USED AGAINST

NAME __JACKSON, LABURRON__ CHARGE(S) __UNKNOWN__

NAME _____ CHARGE(S) _____

SUBJECT CLASSIFICATION: __✓__ PASSIVE RESISTER ____ ACTIVE RESISTER ____ ASSAILANT

DESCRIBE WHY THE USE OF FORCE WAS NECESSARY

R/O RESPONDED TO AN "ALL AVAILABLE" CALL IN COURTROOM #307. WHEN R/O ENTERED THE COURTROOM, R/O OBSERVED SUBJECT (NOW KNOWN AS JACKSON, LABURRON) BEING VERBALLY ACTIVE IN THE ALTERCATION TAKING PLACE. R/O THEN TOLD SAID SUBJECT TO BE QUIET AND PUT HIS HANDS BEHIND HIS BACK. AT THIS TIME SAID SUBJECT WAS COOPERATIVE AND COMPLIED WITH R/O'S REQUEST. SAID SUBJECT WAS THEN HANDCUFFED AND TRANSPORTED TO THE ARREST ROOM (#530) WITHOUT FURTHER INCIDENT.

IF OC SPRAY WAS USED, LIST ACTION TAKEN BY OFFICER TO MITIGATE THE EFFECTS OF THE SPRAY

WHEN __DNA__ WHERE __DNA__

WAS FIRST AID REQUIRED? NO __✓__ YES____ BY WHOM____

WAS MEDICAL ATTENTION REQUIRED? NO __✓__ YES____ BY WHOM____

REPORTING OFFICER'S SIGNATURE _____ DATE __28 May 08__

WATCH COMMANDER/SUPERVISOR'S SIGNATURE __Sgt Morstead #246__

(CSD/GA/02-1)

CCSAO 00344

# Exhibit 11



**SHERIFF OF COOK COUNTY**
**COURT SERVICES DEPARTMENT**
**USE OF FORCE REPORT**

DATE **28 MAY 08**
TIME **2330**

REPORTING OFFICER'S NAME **D/S TODD RAMOS** STAR # **2065**

TYPE OF FORCE USED (CHECK)
PHYSICAL FORCE ✓ BATON ___ OC SPRAY ___ OTHER (EXPLAIN) ___
TYPE OF INCIDENT **RESISTING ARREST**
LOCATION OF INCIDENT **CRIMINAL COURTS ROOM #307**
OFFICER/WITNESS PRESENT ___

PERSON(S) FORCE WAS USED AGAINST
NAME **LIONEL BROWN** CHARGE(S) **RESISTING ARREST**
NAME ___ CHARGE(S) ___
SUBJECT CLASSIFICATION: ___ PASSIVE RESISTER ✓ ACTIVE RESISTER ___ ASSAILANT

DESCRIBE WHY THE USE OF FORCE WAS NECESSARY
**R/O OBSERVED LIONEL BROWN CHARGING Sgt. MORTON AND DETAINED HIM UNTIL ASSISTANCE ARRIVED. Assisted by James Distasio**

IF OC SPRAY WAS USED, LIST ACTION TAKEN BY OFFICER TO MITIGATE THE EFFECTS OF THE SPRAY
WHEN **N/A** WHERE ___
WAS FIRST AID REQUIRED? NO ✓ YES ___ BY WHOM ___
WAS MEDICAL ATTENTION REQUIRED? NO ✓ YES ___ BY WHOM ___
REPORTING OFFICER'S SIGNATURE ___ DATE **28 MAY 08**
WATCH COMMANDER/SUPERVISOR'S SIGNATURE **Sgt Morton #246**

(CSD/GA/02-1)

CCSAO 00349

# Exhibit 12



**SHERIFF OF COOK COUNTY
COURT SERVICES DEPARTMENT
USE OF FORCE REPORT**

DATE 28 MAY 08
TIME 2320

REPORTING OFFICER'S NAME D/S TODD L. RAMOS  STAR # 2065

TYPE OF FORCE USED (CHECK)

PHYSICAL FORCE ✓  BATON___  OC SPRAY___ OTHER (EXPLAIN)___

TYPE OF INCIDENT Ass. BATTERY

LOCATION OF INCIDENT Criminal Courts Room # 307

OFFICER/WITNESS PRESENT D/S WILLIAM WOODS

PERSON(S) FORCE WAS USED AGAINST

NAME ANTWON BROWN  CHARGE(S) Pending

NAME___  CHARGE(S)___

SUBJECT CLASSIFICATION: ___PASSIVE RESISTER ___ACTIVE RESISTER ___ASSAILANT

DESCRIBE WHY THE USE OF FORCE WAS NECESSARY

R/O WITNESSED ANTWON BROWN SHOVE AND PUNCH D/S WILLIAM WOODS #3471 THEN ANTWON BROWN SPIT ON R/O WHEN HE WAS HANDCUFFING HIM.

IF OC SPRAY WAS USED, LIST ACTION TAKEN BY OFFICER TO MITIGATE THE EFFECTS OF THE SPRAY

WHEN N/A  WHERE___

WAS FIRST AID REQUIRED? NO ✓ YES___ BY WHOM___

WAS MEDICAL ATTENTION REQUIRED? NO ✓ YES___ BY WHOM___

REPORTING OFFICER'S SIGNATURE Todd Ramos  DATE 28 MAY 08

WATCH COMMANDER/SUPERVISOR'S SIGNATURE Sgt Morton #246

(CSD/GA/02-1)

CCSAO 00352

# Exhibit 13

Narrative Cont.

CR#

DEP A. WRIGHT 4924

AT 1545, R/O WAS SIGNING OUT IN RM. 100. R/O RESPONDED TO SECURITY CALL FOR COURTROOM 307. R/O GOT TO COURTROOM, AND SAW FEMALE, (LATER TO BE IDENTIFIED AS MANSHA CLAY) HANDCUFFED ON THE FLOOR. R/O ASSISTED FEMALE TO ARREST ROOM ON 5TH FLOOR.

000020

CLAY000098

# Exhibit 15

