# Exhibit 16



📎 sheriff reports 082211.pdf   Archive | Spam | Delete   Move to Inbox   Labels
557K  View  Download

Reply    Forward

**Jon Erickson** to MARY                                                                 show details Sep

Mary,

I don't see ccsao 00338 through 00354 in the origional bates stamp package. Are these documents being provide first time on August 22 or did you send them before?

Jon
- Show quoted text -

Reply    Forward

show details Sep

---------- Forwarded message ----------
From: **Jon Erickson** <jonferik@gmail.com>
- Show quoted text -
- Show quoted text -

Reply    Reply to all    Forward

**MARY MCCLELLAN (States Attorney)** to me                                               show details Sep

These are for the first time they are documents you requested and Sgt Rhodes had in her possession as Sgt
Mary E. McClellan
Assistant State's Attorney
Torts/Civil Rights Litigation
50 West Washington St, Suite 500
Chicago, Illinois 60602
312-603-3374 (Direct)
312-603-3000 (Fax)

**From:** Jon Erickson [jonferik@gmail.com]
**Sent:** Wednesday, September 07, 2011 2:11 PM

**To:** MARY MCCLELLAN (States Attorney)
**Subject:** Re: FW: Clay

- Show quoted text -

Reply    Forward

# Exhibit 17

300                                                                        (3-81) Form Crim Div. No. 66

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS )
              vs. )
                                                    ) NO. 08CR-10810
                                                    )
MARSHA CLAY                                  )

SUBPOENA-SUBPOENA DUCES TECUM

    The People of the State of Illinois to all Peace Officers in the State-
GREETING:
**WE COMMAND THAT YOU SUMMON:**
COOK COUNTY SHERIFF'S POLICE
ATTN: RECORDS
1401 SOUTH MAYBROOK DRIVE
MAYWOOD, IL 60153

to appear to testify before the Honorable Judge BROWN on JULY 31, 2008 in Room 203, Circuit Court, 26th Street and California Avenue, Chicago, Illinois at 9:00 A.M.

    **YOU ARE COMMANDED ALSO to bring the following:** ANY AND ALL POLICE REPORTS, ARREST REPORTS, RAP SHEETS, "STREET FILES", ALSO KNOWN AS OFFICE UNIT OR WORKING FILES, GENERAL PROGRESS NOTES, INVESTIGATIVE FILES, ANY ADMINISTRATIVE MEMORANDA, MAJOR CRIME WORKSHEET, FINAL REPORTS, INVENTORY SLIPS, EVIDENCE TECHNICIAN REPORTS PREPARED IN CONNECTION WITH ABOVE CASE. RD.# 08-512984, CB# N/A, and IR# 365304 in your possession or control. XEROX COPIES ALONG WITH A COPY OF THIS SUBPOENA MAILED TO THE COURT PRIOR TO THE COURT DATE, WILL SUFFICE IN LIEU OF PERSONAL APPEARANCE.
**YOUR FAILURE TO APPEAR IN RESPONSE TO THIS SUBPOENA WILL SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT.**
                                                  WITNESS: July 1, 2008

                                                        *Dorothy Brown*
                                                       Clerk of the Court

| | |
|---|---|
| Atty No. | Assistant State's Attorney |
| Name | VERA MCDONNELL |
| Attorney for | The People of the State of Illinois |
| Address | 2650 South California Avenue Room 12D26 |
| City | Chicago, Illinois 60608 |
| Telephone | (773) 869-2750 |

SERVICE:
I served this Subpoena by handing a copy to . . . . . . . . . . . . . . . . .
on . . . . . . . . . ., 2008
Signed and sworn to before me
. . . . . . . . . . . . . . . 2008           . . . . . . . . . . . . . . . . . . .
                                                            NOTARY PUBLIC
NOT VALID FOR SERVICE ON NEWS MEDIA WITHOUT ORDER OF COURT
DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

                                                                                                      ccsao 00247

# Exhibit 18

Cook County Sheriff's Police

Br. 98    05/30/2008
(Court Branch)    (Court Date)

2650 S California Chicago, IL

**FELONY COMPLAINT**

CCCR-N662-100M-11/14/97 (83420157)
(This form replaces CCG-0662 " & " CCMC-216)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of State of Illinois
Plaintiff
-v-

COMPLAINT FOR PRELIMINARY EXAMINATION

NO. 0Y113738

Marsha A Clay
Defendant

Cook County Case #08-512984

Sgt J. Dillon # 1068 For Deputy Michael Quinlan # 5200
(Complainants Name Printed or Typed)

complainant, now appears before The Circuit Court of Cook County and states that

Marsha A Clay    924 N Parkside Chicago, IL 60622
(defendant)    (address)

has, on or about

5/28/2008    at    2650 S California Chicago, IL 60608/Cook County
(date)    (place of offense)

committed the offense of    **Aggravated Battery**    in that she

In Committing a Battery, in violation of section 12-3 of Act 5 of Chapter 720 of the Illinois Compiled Statutes, knowingly caused bodily harm to Deputy Michael Quinlan # 5200 in that he struck Deputy Quinlan in the head and neck with her fist and elbow, knowing Deputy Quinlan to be an employee of the Cook County Sheriff's Department engaged in the performance of his official duties as such employee.

in violation of    720    ILCS    5    12-4(b)(17)
(Chapter)    (Act)    (Section)

CHARGE CODE

(Complainants Signature)

3026 S California Chicago, IL 60608 773-869-4764
(Complainants Address)    (Telephone No.)

STATE OF ILLINOIS } ss:
COOK COUNTY

Sgt J. Dillon # 1068 For Deputy Michael Quinlan #
(Complainants Name Printed or Typed)

Being first duly sworn, the Complainant on oath deposes and says that he read the foregoing complaint by him subscribed and that the same is true.

FILED MAY 30 2008 DOROTHY BROWN CLERK OF CIRCUIT COURT

(Complainants Signature)

Subscribed and sworn before me on this    29th    day of    May, 2008

D.Brown
(Judge, Deputy Clerk or Clerk)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

SUMMONS ISSUED    Judge _____
or
WARRANT ISSUED    Bail set at: _____    Judge's No.
or
BAIL SET AT: _____ Judge _____

Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
ORIGINAL COPY

CCSAO 00005

# Exhibit 19

TO: SUPERVISOR, BRANCH _____ (Effective: 7-26-05)

FROM: A.S.A. _____

DEFENDANT #1 _Marsha Clay_ VICTIM #1 _Michael Dunlap_
(FIRST AND LAST NAME)

DEFENDANT #2 _____

DEFENDANT #3 _____

DEFENDANT #4 _____

DATE OF OFFENSE: ON or ABOUT _5-28-08_

**AGGRAVATED BATTERY** (PEACE OFFICER, FIREFIGHTER,
720 ILCS 5/12-4(b)(18)   CLASS 2   CORRECTIONAL INSTITUTION EMPLOYEE)
charge id code: 14006

Defendant(s), in committing a battery, intentionally or knowingly, without legal justification

✓ COUNT 1   caused bodily harm to victim,

✓ COUNT 2   made physical contact of an insulting or provoking nature to victim,

TO WIT: _Marsha Clay struck Michael Dunlap about the body_,
(Describe the actions of the defendant)

and defendant knew victim to be

(choose which applies)   ✗   a peace officer

_____ a community policing volunteer

_____ a correctional institution employee

_____ a Department of Human Services (sexually dangerous) employee

_____ a firefighter

TO WIT: _County Deputy Deputy Sheriff_,
(List agency/department where victim was employed)

(Choose one)

✗ while victim was engaged in the execution of his/her official duties as such an officer/~~volunteer~~/
~~employee/firefighter~~

_____ to prevent the officer/employee/firefighter from performing official duties

_____ in retaliation for the officer/employee/firefighter performing official duties

PREPARED BY: _____
ASSISTANT STATE'S ATTORNEY

APPROVED BY: _____
SUPERVISOR, BRANCH                                    Revised: 7/30/07

ccsao 00334

# Exhibit 20

Officer Pigboy | Sgt. James Dinon | D/S Jeremy Tucker
D/S Wilson | D/S Merriweather | Todd Ramos
D/S William Woods | |

∅ match for a D/S Rost.