IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARSHA A. CLAY | ) |
| Plaintiff, | ) |
| v. | ) No. 10 CV 02953 |
| COOK COUNTY SHERIFF'S POLICE OFFICER WILLIAM WOODS, Star No. 3471, et al. | ) Judge Matthew F. Kennelly |
| Defendants | ) **JURY DEMANDED** |

## AGREED STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter is resolved as to all Defendants, the parties having negotiated and executed a settlement agreement, in which the substantive award under 42 U.S.C. 1983 and attorneys' fees under 42 U.S.C. 1988 were negotiated separately, and that all issues and controversies have been resolved to the mutual satisfaction of the parties; pursuant to F.R.C.P. 41, Plaintiff voluntarily dismisses all of his claims, with prejudice, against all Defendants with each side bearing their own costs.

WHEREFORE, the parties pray that this Honorable Court enter an Order of Dismissal terminating the case against all Defendants, with prejudice and without costs.

Respectfully submitted,

Erickson & Oppenheimer, Ltd.          Cook County State's Attorney

By: _____           By: _____

1